UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| QUICKIE TIE-DOWN ENTERPRISES, L.L.C., Plaintiff, v. USA PRODUCTS GROUP, INC., et al., Defendants. | No. 2:24-cv-00799-DAD-JDP <br><br> ORDER MODIFYING THE SCHEDULING ORDER AND DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S OBJECTIONS <br><br> (Doc. Nos. 38, 39) |
|---|---|

On October 3, 2024, plaintiff filed objections to the court's September 19, 2024 scheduling order. (Doc. No. 39.) Good cause appearing, and consistent with the undersigned's case scheduling practices, the court will grant plaintiff's request in Part C of its objections to extend the deadlines in the scheduling order by two weeks as follows:

| EVENT | DATE |
|---|---|
| Disclosure of Asserted Claims and Infringement Contentions (Claim Charts) and Patent Prosecution History | October 22, 2024 |
| Disclosure of Preliminary Non-Infringement and Invalidity/Unenforceability Contentions (Claim Charts) and Production of Prior Art (45 days after service of Infringement Contentions) | December 6, 2024 |
| Exchange of Proposed Terms for Construction (14 days after service of invalidity contentions) | December 20, 2024 |

| | |
|---|---|
| Exchange of Preliminary Claim Construction and Extrinsic Evidence (21 days after exchange of proposed term of construction) | January 10, 2025 |
| Damages Contentions (No later than 50 days after service of the Invalidity Contentions) | January 24, 2025 |
| Joint Claim Construction and Prehearing Statement (60 days after Invalidity Contentions) | February 4, 2025 |
| Responsive Damages Contentions (No later than 30 days after service of the Damages Contentions) | February 23, 2025 |
| Completion of Claim Construction Discovery (30 days after prehearing statement) | March 6, 2025 |
| Opening Claim Construction Brief (45 days after prehearing statement) | March 21, 2025 |
| Responsive Claim Construction Brief (14 days after opening brief) | April 4, 2025 |
| Reply Claim Construction Brief (7 days after reply brief) | April 11, 2025 |
| Claim Construction Hearing | May 13, 2025 at 1:30pm by Zoom |
| Disclosure relating to Advise of Counsel (No later than 30 days after service by the Court of its Claim Construction Ruling) | Thirty (30) days after entry of the court's order on claim construction |
| Start of General Discovery | One (1) day after entry of the court's order on claim construction |

All other dates established in the September 19, 2024 scheduling order will remain unchanged at this time.

In addition, within twenty-one (21) days of the entry of this order, defendants shall file a response addressing Parts A and B of plaintiff's objections and the necessity of a claims construction hearing in this case.

IT IS SO ORDERED.

Dated:  **October 6, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2